UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEBORAH RUSSELL, <br><br> Plaintiff, <br><br> v. <br><br> CAROL ELAINE TANNER, et al., <br><br> Defendants. | Case No. 3:20-cv-01028 <br><br> Judge Aleta A. Trauger <br> Magistrate Judge Alistair E. Newbern |

## ORDER

The Magistrate Judge held a discovery conference on July 15, 2021, regarding issues raised in the parties' joint discovery dispute statement (Doc. No. 76). All outstanding discovery issues referred to the Magistrate Judge will be addressed at an in-person hearing set on August 3, 2021, at 2:00 p.m.

By July 22, 2021, Plaintiff Deborah Russell shall file any motion to compel an examination under Federal Rule of Civil Procedure 35. Defendants shall respond by July 29, 2021.

Defendants Carol and Thomas Tanner shall file any motion to compel by July 22, 2021, and Russell shall respond by July 29, 2021.

Before the August 3, 2021 conference, and before any examination of physical evidence by expert witnesses is conducted, counsel shall meet and confer to agree upon and memorialize a protocol for such examinations.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge