# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | | |
|---|---|---|
| DEBORAH RUSSELL | * | |
|     Plaintiff, | * | |
| v. | * | No. 3:20-CV-01028 |
| | * | |
| CAROL ELIZABETH TANNER; | * | |
| THOMAS TANNER; | * | |
| JONATHAN JACOB COLE; and | * | |
| BAKER, DONELSON, BEARMAN, | * | |
| CALDWELL & BERKOWITZ, PC | * | |
|     Defendants. | * | |

## STATE FARM FIRE AND CASUALTY COMPANY'S MOTION TO QUASH SUBPOENA AND NOTICE TO TAKE DEPOSITION OF CLARK J. MILLER

State Farm Fire and Casualty Company ("State Farm"),[1] a non-party, by and through counsel, pursuant to Rule 45 of the Federal Rules of Civil Procedure, requests that the Court Quash Plaintiff Deborah Russell's ("Russell") Subpoena and Notice to Take Deposition ("Subpoena"), both of which are directed to Clark J. Miller ("Miller"). The Subpoena requests documents that are not in Miller's custody or control, causes undue burden that outweighs any benefit, and requests compliance outside of the permissible geographical limit. State Farm has standing to move to quash this Subpoena, as it has interests and privilege rights in the requested documents. In support, State Farm relies on its contemporaneously filed memorandum of law in support and the exhibits attached hereto.

WHEREFORE, State Farm respectfully requests that this Court quash the Subpoena.

---

[1] By making this limited and special appearance to quash the Subpoena, State Farm does not make a general appearance or otherwise waive or forfeit any rights it may have.

Respectfully submitted this 30th day of July 2021.

**KAY GRIFFIN, PLLC**

*/s/ Matthew J. Evans*
Matthew J. Evans (BPR #017973)
matthew.evans@kaygriffin.com
900 South Gay Street, Suite 1810
Knoxville, TN 37902
(865) 314-8422

*Attorney for State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was properly served on all parties or their counsel of record via the court's ECF/CM system.

This 30th day of July 2021.

*/s/ Matthew J. Evans*
Matthew J. Evans