# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| DEBORAH RUSSELL | * |
|     Plaintiff, | * |
| v. | *     No. 3:20-CV-01028 |
| | * |
| CAROL ELIZABETH TANNER; | * |
| THOMAS TANNER; | * |
| JONATHAN JACOB COLE; and | * |
| BAKER, DONELSON, BEARMAN, | * |
| CALDWELL & BERKOWITZ, PC | * |
|     Defendants. | * |

## STATE FARM FIRE AND CASUALTY COMPANY'S MOTION TO SET MOTION TO QUASH SUBPOENA AND NOTICE TO TAKE DEPOSITION OF CLARK J. MILLER FOR HEARING

State Farm Fire and Casualty Company ("State Farm"), a non-party, by and through counsel, pursuant to Local Rule 78.01, requests that the Court set State Farm's Motion to Quash Plaintiff Deborah Russell's ("Russell") Subpoena and Notice to Take Deposition ("Subpoena"), both of which are directed to Clark J. Miller ("Miller"), for hearing. It is undersigned counsel's understanding that several other matters are set for hearing on Tuesday, August 3, 2021, at 2 P.M. CDT. Currently, the Subpoena requests production of documents by August 11, 2021. A hearing would expedite this process and prevent unnecessary and lengthy briefing.

WHEREFORE, State Farm requests that this Court set the motion for hearing on August 3, 2021, at 2 P.M. CDT, along with the previously scheduled matters.

Respectfully submitted this 30th day of July 2021.

**KAY GRIFFIN, PLLC**

*/s/ Matthew J. Evans*
Matthew J. Evans (BPR #017973)
matthew.evans@kaygriffin.com
900 South Gay Street, Suite 1810
Knoxville, TN 37902
(865) 314-8422

*Attorney for State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was properly served on all parties or their counsel of record via the court's ECF/CM system.

This 30th day of July 2021.

*/s/ Matthew J. Evans*
Matthew J. Evans